

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00217-CR

Juan **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11271
Honorable Lorina I. Rummel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED April 10, 2019.

Liza A. Rodriguez, Justice